IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRYAN THOMPSON,

    Plaintiff,

v.

APM TERMINALS PACIFIC LTD,

    Defendant.

No. C 10-00677 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STRIKE**

This matter is set for a hearing on July 2, 2010 on Plaintiff's motion to strike portions of Defendant's answer. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 18, 2010 and a reply brief shall be filed by no later than May 25, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 10, 2010

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE