**MCGUIREWOODS LLP**
Matthew C. Kane, Esq.         (SBN 171829)
    Email:  mkane@mcguirewoods.com
Sabrina A. Beldner, Esq.       (SBN 221918)
    Email:  sbeldner@mcguirewoods.com
Sylvia J. Kim, Esq.                (SBN 258363)
    Email:  skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:     (310) 315-8200
Facsimile:      (310) 315-8210

Attorneys for Defendant
APM TERMINALS PACIFIC LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN THOMPSON, individual, on behalf of himself and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>Plaintiff,<br><br>vs.<br><br>APM TERMINALS PACIFIC LTD, A CALIFORNIA CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 10-CV-00677 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APM TERMINALS PACIFIC LTD'S MOTION FOR ORDER ENLARGING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO STRIKE ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**[Northern District Local Rule 6-3]**<br><br>**Current Opposition Deadline:    5/18/10**<br>**Current Reply Deadline:            5/25/10**<br><br>**New Opposition Deadline:         6/01/10**<br>**New Reply Deadline:                 6/08/10** |

11273959.1

1 **ORDER**

2     GOOD CAUSE HAVING BEEN SHOWN, Defendant APM Terminals Pacific Ltd's
3 ("Defendant") Motion for Order Enlarging Briefing Schedule on Plaintiff's Motion to Strike
4 Defendant's Answer to Plaintiff's First Amended Complaint (the "Motion to Strike") shall be and
5 hereby is GRANTED:

7     Defendant shall have a two-week enlargement of time, up to and including June 1, 2010, to
8 file and serve its opposition to Plaintiff's Motion to Strike; and
9     Plaintiff's reply in support of his Motion to Strike shall be filed and served by June 8, 2010.

11     IT IS SO ORDERED.

13 DATED: May _13_, 2010     _____
14                                         HONORABLE JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE