IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN THOMPSON,<br><br>   Plaintiff,<br><br>   v.<br><br>APM TERMINALS PACIFIC LTD,<br><br>   Defendant.<br>_____ / | No. C 10-00677 JSW<br><br>**ORDER DENYING REQUESTS TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

Both parties have requested to appear by telephone at the initial case management conference now scheduled for August 6, 2010. By order dated April 5, 2010, the Court set the case management conference and required personal appearance by counsel. The Court requires personal appearances at the first initial case management conference, but upon showing of good cause, may permit counsel to appear by telephone at subsequent case management conferences. Accordingly, the requests are DENIED.

**IT IS SO ORDERED.**

Dated: July 15, 2010

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE