MICHAEL L. TRACY, ESQ., SBN 237779
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff
BRYAN THOMPSON


**MCGUIREWOODS LLP**
Matthew C. Kane, Esq.        (SBN 171829)
    Email: mkane@mcguirewoods.com
Sabrina A. Beldner, Esq.        (SBN 221918)
    Email: sbeldner@mcguirewoods.com
Sylvia J. Kim, Esq. (SBN 258363)
    Email: skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:     (310) 315-8200
Facsimile:     (310) 315-8210

Attorneys for Defendant
APM TERMINALS PACIFIC LTD


# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN THOMPSON, individual, on behalf of himself and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>    Plaintiff,<br><br>    vs.<br><br>APM TERMINALS PACIFIC LTD, A CALIFORNIA CORPORATION; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 10-CV-00677 JSW<br><br>**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**<br><br>Complaint Filed: February 17, 2010<br>Trial Date: None |

1

1  Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action
2  and all claims asserted in it are dismissed with prejudice and the matter is closed.
3
4
5  DATED: October 6, 2010        By: _____*Jeffrey S. White*_____
6                                     UNITED STATES DISTRICT COURT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28