IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRYAN THOMPSON,

    Plaintiff,

v.

APM TERMINALS PACIFIC LTD,

    Defendant.

No. C 10-00677 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On October 15, 2010, Plaintiff filed a Motion to Set Aside Dismissal With Prejudice, which is noticed for hearing on December 7, 2010. It is HEREBY ORDERED that Defendant's opposition to the motion shall be due on October 29, 2010, and Plaintiff's reply shall be due on November 5, 2010. If either party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: October 15, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE