**MCGUIREWOODS LLP**
Matthew C. Kane, Esq. (SBN 171829)
    Email: mkane@mcguirewoods.com
Sabrina A. Beldner, Esq. (SBN 221918)
    Email: sbeldner@mcguirewoods.com
Sylvia J. Kim, Esq. (SBN 258363)
    Email: skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant
APM TERMINALS PACIFIC LTD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYAN THOMPSON, an individual, on behalf of himself and on behalf of the State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>    Plaintiff,<br><br>vs.<br><br>APM TERMINALS PACIFIC LTD, A CALIFORNIA CORPORATION; and DOES 1 to 10, Inclusive,<br><br>    Defendants. | CASE NO. 3:10-cv-00677-JSW<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO ENLARGE TIME FOR DEFENDANT APM TERMINALS PACIFIC LTD TO FILE A MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS<br><br>Complaint Filed: February 17, 2010<br>FAC Filed: April 2, 2010<br>Case Closed: October 6, 2010 |

21606024.1

[PROPOSED] ORDER GRANTING STIPULATION TO ENLARGE TIME FOR DEFENDANT TO FILE A MOTION FOR ATTORNEYS' FEES, ETC.

**ORDER**

The Court, having reviewed Plaintiff Bryan Thompson's and Defendant APM Terminals Pacific Ltd's ("Defendant") Stipulation To Enlarge Time For Defendant To File A Motion For Attorneys' Fees And Bill of Costs (the "Stipulation"), and good cause appearing for the same, it is hereby Ordered that the time within which Defendant is required to file a Bill of Costs and Motion for Attorneys' Fees Under Fed. R. Civ. P. 54 and Local Rule 54 shall be and hereby is enlarged to and including 14 days from the date the Court enters its order ruling on Plaintiff's Amended Motion To Set Aside Dismissal With Prejudice Pursuant To Fed. R. Civ. P. 60(b)(1) (Dkt. #55).

IT IS SO ORDERED.

DATED: October 18, 2010

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

21606024.1

2

[PROPOSED] ORDER GRANTING STIPULATION TO ENLARGE TIME FOR DEFENDANT TO FILE A MOTION FOR ATTORNEYS' FEES, ETC.