1

2

3

4

5                      IN THE UNITED STATES DISTRICT COURT

6

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   BRYAN THOMPSON,

9          Plaintiff,                        No. C 10-00677 JSW
                                             No. C 10-04991 JSW
10    v.

11  APM TERMINALS PACIFIC LTD and DOES       **ORDER SETTING HEARING AND**
    1-10, inclusive,                         **BRIEFING SCHEDULE ON**
12                                           **PENDING MOTIONS**
           Defendants.
13  _____/

14

15          This matter is set for a hearing on January 21, 2011 on Plaintiff's motion to amend the

16  complaint in case no. 10-0677 JSW.  The Court has received Defendant's motion to consolidate

17  the related actions (cases nos. 10-0677 JSW and 10-4991 JSW) and sets that for hearing on

18  January 21, 2011.  The Court HEREBY ORDERS that oppositions to the motions shall be filed

19  by no later than December 10, 2010 and reply briefs shall be filed by no later than December

20  17, 2011.

21          If the Court determines that these matters are suitable for resolution without oral

22  argument, it will so advise the parties in advance of the hearing date.  If the parties wish to

23  modify this schedule, they may submit for the Court's consideration a stipulation and proposed

24  order demonstrating good cause for any modification requested.

25          **IT IS SO ORDERED.**

26  Dated:  November 24, 2010

27                                           _____
                                             JEFFREY S. WHITE
28                                           UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California